**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Neshen Mitchell, Individually and as the next friend of her minor child, Hakeem T.M., Petitioners,

v.

Juan Marruffo, d/b/a Liberty Express, Adrian Moralez, RET Partnership, William T. McQueeney, Carl E. Roberts, Karl R. Henderson, and Steven Parham, Defendants,

Of whom RET Partnership, William T. McQueeney, Carl E. Roberts, Karl R. Henderson, and Steven Parham are the, Respondents.

Appellate Case No. 2013-000670

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Charleston County
Roger M. Young, Sr., Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-010
Heard February 4, 2015 – Filed March 4, 2015

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Richard S. Rosen and Andrew D. Gowdown, both of
Rosen, Rosen & Hagood, LLC, of Charleston, and J.
Joseph Condon, Jr., of North Charleston, for Petitioners.

Samuel R. Clawson, Timothy A. Domin, and Christina R.
Fargnoli, all of Clawson and Staubes, LLC, of
Charleston, for Respondents.

---

**PER CURIAM:**  We granted certiorari to review the Court of Appeals' decision in *Mitchell v. Marruffo*, Op. No. 2013-UP-010 (S.C. Ct. App. filed Jan. 9, 2013).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**